Certificate Number: 03088-ILN-DE-036904763

Bankruptcy Case Number: 22-11879



03088-ILN-DE-036904763

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 15, 2022, at 10:31 o'clock AM CDT, Lisa M Robb completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date:   October 15, 2022                By:   /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title:  Counselor